SEALED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

14 - 9068 mj

DOA 12-17-14

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 07-CR-10090-001 |
| Donald L. Rourke | ) | |
| *Defendant* | ) | |

COPY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Donald L. Rourke                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See attached Order.

Defendant to show cause why supervised release should not be revoked.

Date: 12/18/2014
                                          s/ A. Anderson
                                          *Issuing officer's signature*

City and state:   Wichita, Kansas
                                          Timothy M. O'Brien, Clerk of Court
                                          *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |

UNSEAL UPON ARREST

Prob 12C (12/04)
(D/KS 01/13)

PACTS# 15062

# United States District Court
## for the
## District of Kansas

### SECOND AMENDED Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Donald L. Rourke**  Case Number: **1083 6:07CR10090-001**

Name of Sentencing Judicial Officer: Honorable J. Thomas Marten, Chief U.S. District Judge

Date of Original Sentence: 12/10/2007

Original Offense: Possession of Ammunition by Prohibited Person

Original Sentence: Imprisonment - 70 months
Supervised Release - 3 years

Type of Supervision: TSR  Date Supervision Commenced: 06/13/2013
Asst. U.S. Attorney: David Lind  Defense Attorney: Charlie O'Hara

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition: "The defendant shall refrain from any unlawful use of a controlled substance."** |

On 09/08/2014, Mr. Rourke submitted a urine sample which tested positive for the presence of Methamphetamine and Cocaine on a preliminary drug screen. Mr. Rourke acknowledged he used Methamphetamine on or about 09/05/2014, and he signed an Admission of Usage Form.

On 11/25/2013, 01/14/2014, and 08/09/2014, Mr. Rourke submitted urine samples which were subsequently confirmed positive for the use of Methamphetamine.

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period),* **the defendant has submitted four (4) positive qualifying samples.** *If the Court finds that the positive drug test(s) constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse*

Case 2:14-mj-09068-ESW  Document 1  Filed 12/17/14  Page 3 of 6
Case 6:07-cr-10090-JTM  Document 63 *SEALED*  Filed 12/18/14  Page 2 of 3

Prob 12C-Amended                                -2-
Name of Offender: Donald L. Rourke                    Case Number: 1083 6:07CR10090-001

programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. 3565(b), 3583(g). 18 U.S.C. 3563(a), 3583(d).

2   **Mandatory Condition: "The defendant shall not unlawfully possess a controlled substance."**

Mr. Rourke possessed Methamphetamine, in Sedgwick County, Kansas, a felony punishable by a term of imprisonment exceeding one year, as evidenced by the positive drug tests he submitted for Methamphetamine on 11/25/2013, 01/14/2014, 08/09/2014, and 09/08/2014, in violation of K.S.A. 21-5701 and 21-5706. Mr. Rourke signed Admission of Usage Forms acknowledging he used Methamphetamine on or about 08/08/2014 and 09/05/2014.

** On 12/17/2014, Mr. Rourke was arrested by members of the ATF Violent Crime and Firearm Task Force in Tempe, Arizona, after a traffic stop was initiated on a vehicle in which Mr. Rourke was a passenger. After the stop, officers located approximately fifteen (15) grams of methamphetamine inside a center console of the automobile. Upon further questioning, Mr. Rourke admitted to officers the methamphetamine belonged to him.

3   **Special Condition #1: "The defendant shall successfully participate in an approved program for substance abuse, which may include urine, breath, or sweat patch testing, outpatient and/or residential treatment, and share in the costs, based on the ability to pay. The defendant shall abstain from the use of alcohol and other intoxicants during said treatment program as directed by the Probation Office."**

Mr. Rourke failed to report for random urine testing on 06/21/2014, and 08/23/2014.

Mr. Rourke submitted urine samples which were diluted on 05/04/2014, 05/09/2014, 05/14/2014, 05/18/2014, and 07/25/2014.

On 10/30/2014, Mr. Rourke was unsuccessfully discharged from inpatient treatment at Options, Inc., due to program rule violations. Mr. Rourke had been ordered by the Court to successfully complete an inpatient treatment program on 10/14/2014 (during a revocation hearing).

4   **Mandatory Condition: The defendant is prohibited from possessing or purchasing a firearm, ammunition, destructive device, or any other dangerous weapons.**

** On 12/17/2014, Mr. Rourke was arrested by members of the ATF Violent Crime and Firearm Task Force in Tempe, Arizona, after a traffic stop was initiated on a vehicle in which Mr. Rourke was a passenger. After the stop, officers located a Ruger Model 94, .40 caliber handgun (S/N 34160433) inside a center console of the automobile. Upon further

Prob 12C-Amended          -3-
Name of Offender: Donald L. Rourke      Case Number: 1083 6:07CR10090-001

> questioning, Mr. Rourke admitted to officers the firearm belonged to him and he purchased the firearm in the State of Kansas "a while ago" for one-hundred dollars. The firearm did not have a round in the chamber; however, the magazine contained six rounds of ammunition.

**5**      **Standard Condition #1: The defendant shall not leave the judicial district without permission of the Court or the probation officer.**

> ** On 12/17/2014, Mr. Rourke was arrested by members of the ATF Violent Crime and Firearm Task Force in Tempe, Arizona, after a traffic stop was initiated on a vehicle in which Mr. Rourke was a passenger. Mr. Rourke did not obtain permission from the U.S. Probation Office to travel outside of the District of Kansas.

**amended information

U.S. Probation Officer Recommendation:

The term of supervision should be:

     ☒ Revoked
     ☐ Extended for years, for a total term of years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/18/2014

by _____
Justin Hoffman
U.S. Probation Officer

Approved:

_____
Bryce J. Beckett, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant. Petition and warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/J. Thomas Marten
_____
Signature of Judicial Officer
December 18, 2014
Date

cc: AUSA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
MAY 3 3 46 PM '07
RALPH L DELOACH
CLERK
BY _____
AT WICHITA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 07-10090-01-MLB |
| ) | |
| DONALD L. ROURKE, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT 1

### FELON IN POSSESSION OF AMMUNITION
### 18 U.S.C. 922(g)(1)

On or about April 23, 2007, in the District of Kansas,

### DONALD L. ROURKE,

the defendant herein, who as a prohibited person – one having been convicted of

a crime punishable by imprisonment for a term exceeding one year, that is the

possession of a firearm by a felon in case number 01-10103-01-JTM, in the

United States District Court for the District of Kansas, did knowingly possess in

or affecting commerce, ammunition which had been shipped and transported in

Case 2:14-mj-09068-ESW Document 1 Filed 12/17/14 Page 6 of 6
Case 6:07-cr-10090-JTM Document 1 Filed 05/03/07 Page 2 of 2

interstate commerce, to wit: the .380 Winchester round he fired from a handgun in the Hoot's bar.

In violation of Title 18 United States Code, Section 922(g)(1).

A TRUE BILL

5/3/07
DATE                                FOREPERSON OF THE GRAND JURY


ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, KS 67202
Ks. S.Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court, this 3rd day of May, 2007.

U.S. ~~DISTRICT COURT~~/MAGISTRATE JUDGE

2