**UNITED STATES DISTRICT COURT**
DISTRICT OF ARIZONA
OFFICE OF THE CLERK

*Visit our website at www.azd.uscourts.gov*

BRIAN D. KARTH
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

DEBRA D. LUCAS
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

MICHAEL S. O'BRIEN
DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

**COPY**

**RECEIVED** JAN 0 2 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

**RECEIVED** DEC 29 2014
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

December 24, 2014

United States Courthouse
Attn: Clerk's Office
401 North Market Street, Room 204
Wichita, KS 67202-2000

RE: USA v. Donald L. Rourke
Your case number: 07-CR-10090-001
Arizona case number: 14-9068MJ

Dear Clerk of Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge John Z. Boyle in Phoenix, Arizona. The following action has been taken:

☒ THE UNITED STATES MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: _____
Marion Holmes
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*